# EXHIBIT B

606626147.1

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

| | | |
|---|---|---|
| SHAUNDRENIKA ROBRINZINE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-CH-1106 |
| | ) | |
| -vs- | ) | Calendar / Room 03 |
| | ) | |
| BIG LOTS STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF NOTICE OF REMOVAL TO**
**THE UNITED STATES DISTRICT COURT**

Defendant, Big Lots Stores, Inc., hereby gives notice that it has today removed the

above-captioned case to the United States District Court for the Northern District of

Illinois pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.  A copy of the Notice of

Removal, filed with the federal court, is attached hereto.

Respectfully submitted,

Date: August 18, 2015

/s/ John S. Letchinger
John S. Letchinger (#6207361)
Joel Griswold (#6277574)
Matthew J. Caccamo (#6282605)
BAKER & HOSTETLER LLP
191 North Wacker Drive, Ste. 3100
Chicago, Illinois 60606
Tel:  312-416-6200
Fax:  312-416-6201
*One of the Attorneys for Defendant Big Lots*
*Stores, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **Notice of Notice of Removal** was sent by United States mail, proper postage pre-paid, this 18th day of August, 2015, to the following counsel of record:

John G. Albanese
E. Michelle Drake
Anna P. Prakash
Nichols Kaster, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN  55402

*/s/ John S. Letchinger*