**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shaundrenika Robrinzine , Plaintiff(s), v. Big Lots Stores, Inc., Defendant(s). | Case No. 15 C 7239 Judge Amy J. St. Eve |

### ORDER

Plaintiffs' motion to withdraw [46] is granted. E. Michelle Drake is given leave to withdraw as counsel for plaintiffs.

Date: 1/20/2016

_____
Amy J. St. Eve
United States District Judge